## Walton *v.* Philadelphia, Appellant (No. 2).

OPINION BY MORRISON, J., December 1, 1913:

For the reasons given in the opinion filed this day in the case between the same parties, Walton v. Phila. (No. 1), ante, p. 373, the assignments of error are all overruled and the judgment is affirmed.